**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| **Maneekarn Kalonova, on behalf of herself and all other persons similarly situated,**<br><br>                              **Plaintiff,**<br><br>            **-against-**<br><br>**Tam Sang Inc., et al.,**<br><br>                              **Defendants.** |

**1:25-cv-10263 (PAE) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

WHEREAS, on December 11, 2025, Plaintiff filed a Complaint in this action naming as defendants Tam Sing Inc. and Marcharvadee Premwongsiri (Compl., ECF No. 1); and

WHEREAS, on February 13, 2026, Alexander Martin Dudelson, Esq. ("Attorney Dudelson"), filed an Answer on behalf of the named defendants (Answer, ECF No. 7); and

WHEREAS, on February 26, 2026, Plaintiff filed an Amended Complaint as of right, *see* Fed. R. Civ. P. 15(a)(1)(B), naming as defendants Tam Sang Inc. and Macharvadee Premwongsiri, which appears to the Court to correct the spelling of the defendants' names, but to be directed to the same entity and individual (Am. Compl., ECF No. 9) and requested issuance of an amended summons; and

WHERERAS, as a result of the filing of the Amended Complaint, the defendants as originally named (*i.e.*, Tam Sing Inc. and Marcharvadee Premwongsiri) were terminated as defendants by the Clerk of Court; and

WHEREAS, Attorney Dudelson, along with counsel for Plaintiff, submitted a proposed case management plan on March 20, 2026 that reflects Tam Sang Inc. and Macharvadee Premwongsiri

as the defendants in this action and appeared on behalf of those defendants in the initial pretrial conference held on March 24, 2026; and

WHEREAS, no response to the Amended Complaint has yet been filed.

NOW, THEREFORE, it is hereby ORDERED that, no later than April 7, 2026, defendants Tam Sang Inc. and Macharvadee Premwongsiri shall respond to the Amended Complaint.

**SO ORDERED.**

Dated:     New York, New York
           March 24, 2026

_____
STEWART D. AARON
United States Magistrate Judge

2