**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Maneekarn Kalonova, on behalf of herself
and all other persons similarly situated,

                          **Plaintiff,**

         -against-

Tam Sang Inc., et al.,

                      **Defendants.**

1:25-cv-10263 (PAE) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the Case Management Plan entered on March 24, 2026, the parties were to file a joint letter on June 3, 2026 regarding the status of discovery. (Case Mgmt. Plan, ECF No. 16, at 4.) As of the date of this Order, and despite an email reminder from the Court, the parties have not filed the joint letter. It is hereby ORDERED that the parties shall do so no later than Friday, June 12, 2026. The parties are reminded that failure to comply with Court Orders may result in the imposition of sanctions.

**SO ORDERED.**

Dated:      New York, New York
             June 9, 2026

                               _____
                               STEWART D. AARON
                               United States Magistrate Judge